```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION


DONELL REID,                    )
                                )
     Plaintiff,                 )
                                )
vs.                             )    No. 23-cv-1204-SHM-tmp
                                )
KASI KISSELL, et al.            )
                                )
     Defendants.                )
```

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 4), docketed December 15, 2023, dismissing the case without prejudice.  It is also ordered that the civil filing fee be assessed in the amount of $402.

## APPROVED:

_/s/   Samuel H. Mays, Jr.___
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

__December 15, 2023_____         WENDRY R. OLIVER___
DATE                                  CLERK

                                      _/s/  Jairo Mendez_____
                                      (By) DEPUTY CLERK